UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| TASSOS EPICUREAN CUISINE, INC, | ) | Case No.: 2:05-CV-71510 |
| | ) | |
| Plaintiff/Counter-Defendants, and | ) | |
| | ) | Hon. Robert H. Cleland |
| ANASTASIOS BOZADZIS, | ) | Hon. Mag. Capel |
| | ) | |
| Third-Party Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ) | | |
| TRIAD BUSINESS SOLUTIONS, INC., | ) | |
| a Michigan corporation, and | ) | |
| CHRISTOPHER F. WARDLE, | ) | |
| MATTHEW BODO, PROFESSIONAL | ) | |
| PRACTICE EMPLOYMENT | ) | |
| SOLUTIONS GROUP, LLC, | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs/ | ) | |
| Third-Party Plaintiffs. | ) | |

---

| | |
|---|---|
| GEORGE M. MALIS (P32418) | BRUCE A. TRUEX (P26035) |
| NEIL B. PIOCH (P67677) | BRIAN M. THOMAS (P59742) |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendants/Counter- |
| and Third-Party Defendant | Plaintiffs/Third-Party Plaintiffs |
| 535 Griswold Street, Suite 850 | 30903 Northwestern Highway |
| Detroit, MI  48226 | P.O. Box 3040 |
| (313) 965-2121 | |
| Farmington Hills, MI 48333-3040 | |
| | (248) 851-9500 |

---

**ORDER GRANTING STIPULATION TO ADD ADDITIONAL DEFENDANT,
PROFESSIONAL SOLUTIONS, INC., A MICHIGAN CORPORATION**

At a session of this Court held in the Courthouse,
in the City of Detroit, County of Wayne, State of Michigan
on this 17TH day of April, 2005

The Court having held a telephone conference with counsel of record on Monday April 11, 2006 and the parties having executed the foregoing stipulation,

Now therefore it is Ordered as follows:

A.  Professional Solutions, Inc., a Michigan corporation (MI ID no. 25460A) is hereby added as an additional defendant in this matter.

B.  All allegations or statements raised by the Plaintiff in the Amended Complaint against defendant, Triad Business Solutions, Inc., shall are hereby deemed to be allegations or statements by the Plaintiff against Professional Solutions, Inc.

C.  All causes of action raised by the Plaintiff in the Amended Complaint against defendant, Triad Business Solutions, Inc., are hereby deemed to be causes of action by the Plaintiff against Professional Solutions, Inc.

D.  Professional Solutions, Inc. waives service of process and consents to the personal jurisdiction of this Court.

E.  Professional Solutions, Inc. hereby adopts the answer and the affirmative defenses filed by, or to be filed by, Triad Business Solutions, Inc. in this matter.


　s/Robert H. Cleland
DISTRICT COURT JUDGE